EDWIN G. WRIGHT, Respondent, v. HARRISON B. WRIGHT, Appellant.— From a judgment entered upon a decision of the official referee appointed to hear and determine in an action between former partners upon certain accounts stated,

and for an accounting, the defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.